UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| TIMOTHY L. JONES et al., | ) | |
| Plaintiffs, | ) | Civil No. 10-96-GFVT |
| V. | ) | |
| | ) | **JUDGMENT** |
| THE BANK OF HARLAN, | ) | |
| Defendants. | ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Memorandum Opinion and Order entered on January 12, 2012, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Judgment is **ENTERED** in favor of the Plaintiffs.

(2) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(3) All issues having been resolved, this case is **STRICKEN** from the active docket

This is the 18th of January, 2012.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge

1